UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARY BOUCHER; ROBIN BOUCHER, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC d/b/a RUSHMORE LOAN SERVICING; U.S. BANK N.A. TTE RMAC TRUST SERIES 2016-CTT; BROCK & SCOTT PLLC; JOHN DOES I-X, <br><br> Defendants. | Civil Action No. 1:25-cv-10565-RGS |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties to this action hereby stipulate that all claims brought by the Plaintiffs Cary Boucher and Robin Boucher in the above-referenced action shall be dismissed without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 8, 2025

CARY BOUCHER

By: /s/ Cary D. Boucher
Cary Boucher Pro Se
7 Fairbanks Lane
North Reading, MA 01864

ROBIN BOUCHER

By: /s/ R. Boucher
Robin Boucher, Pro Se
7 Fairbanks Lane
North Reading, MA 01864

NATIONSTAR MORTGAGE, LLC d/b/a
RUSHMORE LOAN SERVICING and U.S
BANK N.A. TTE RMAC TRUST
SERIES 2016-CTT
By their Counsel,

By: /s/ Casey A. Sieck
Casey A. Sieck, Esq.
One Federal Street
Boston, MA 02110
617-345-4751
csieck@daypitney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic (NEF) and paper copies will be sent to those indicated as non-registered participants on September 9, 2025.

*/s/ Casey A. Sieck*
Casey A. Sieck